IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT E. REICHMAN,
    Petitioner,

vs.                                              Case No.:  3:06cv155/RV/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 31, 2006.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

      Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.  Respondent's Motion to Dismiss (Doc. 10) is **GRANTED**.

      3.  The petition for writ of habeas corpus (Doc. 2) is **DISMISSED** with prejudice as untimely.

      **DONE AND ORDERED** this 21st day of September, 2006.

                                             /s/ _Roger Vinson_
                                             **ROGER VINSON**
                                             **SENIOR UNITED STATES DISTRICT JUDGE**